FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 20 2026

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Cordarius Sanders

**CRIMINAL COMPLAINT**

Case Number: 1:26-mj-55

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about December 11, 2025, in Fulton County, in the Northern District of Georgia, defendant, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is at least one of the following: (a) June 11, 2016 – 16SC144425 (Fulton County) – Theft by Receiving Stolen Property, Obstruction of Police, Possession of a pistol by a person under 18 YOA; (b) October 9, 2019 - 19SC167227 (Fulton County) – Theft by Receiving Stolen Property;   (c) June 21, 2023 - 22SC184676 (Fulton County) – Participation in Criminal Street Gang Activity; and (d) October 4, 2024 - 24SC001059 (Fulton County) – Aggravated Assault (3 Counts), Possession of a Firearm During the Commission of a Felony, and Possession of a Firearm by a Convicted, did knowingly possess a firearm, that is, a Glock, Model 41GEN4, .45 caliber pistol, said possession being in and affecting interstate and foreign commerce,

in violation of Title 18, United States Code, Section 922(g)(1).

I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

Signature of Complainant
William Weber

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

January 20, 2026                               at    Atlanta, Georgia
Date                                                           City and State

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

SAUSA Conor Woods / 2026R00019 /
conor.woods@usdoj.gov

ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Jan 20 2026

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT

I, William T. Weber, III, depose and say under penalty of perjury:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigator and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and am empowered to conduct investigations of, and make arrests for, offenses enumerated in Title 18 of the United States Code and other violations of federal law.

2. I am currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since 2018. As an ATF SA, I completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and have completed specialized training in the fields of firearms, explosives and arson, and the Federal laws and regulations pertaining thereto, through the ATF SA Basic Training Academy. From June 27, 2019, to April 2022, I was assigned to Atlanta Group III, a Strategic Atlanta Firearms Enforcement (S.A.F.E.) group, where my duties included the investigation and enforcement of violations of firearms laws, narcotics laws, and associated violations encountered in the course of these duties. From April 2022 to October 2025, I was assigned to the ATF Atlanta National Integrated Ballistic Information Network (NIBIN) Strikeforce where my duties include the investigation of aggravated assaults and/or homicides involving a firearm and the illegal possession of firearms by prohibited persons. As of October 2025, I have been reassigned to Atlanta Group III.

3.  From 2004-2008, I served active duty in the United States Navy. Immediately following my Naval career and prior to becoming an ATF SA, I was employed as a Georgia P.O.S.T. certified Peace Officer with the City of Atlanta Police Department from 2008-2018. During my years of service with the Atlanta Police Department, I spent four years as a Patrol Officer. I also served as an Officer with several proactive policing units within the City of Atlanta Police Department, where my duties consisted of targeting high crime areas utilizing surveillance, traffic enforcement, the execution of search and arrest warrants, and street level narcotics investigations.

4.  I later served as a Criminal Investigator with the City of Atlanta Police Department. I served one year as an Investigator on the Atlanta Police Narcotics Unit where I conducted numerous investigations targeting locations engaged in the sale and/or distribution of illegal narcotics. I then spent three years as a Criminal Investigator on the Atlanta Police Department Gun Assault Unit where my primary duties consisted of the investigation of all non-fatal aggravated assaults involving a firearm within the City of Atlanta's jurisdiction.

5.  I also hold a bachelor's degree in criminology from Indiana University of Pennsylvania, located in Indiana, PA.

6.  In connection with my law enforcement duties, I have conducted and participated in investigations concerning firearms possession by prohibited persons and narcotics trafficking. I am personally familiar with and have used many of the traditional investigatory methods, including visual surveillance, electronic surveillance, informants, witness and subject interviews, and undercover operations. I have

interviewed numerous witnesses to, and participants in, firearms and narcotics related cases who have described to me the techniques that they and other individuals use to sell and distribute firearms and/or narcotics. I have also interviewed numerous prohibited persons who illegally possess firearms.

## SOURCES OF INFORMATION

7. The information contained in this affidavit is based on my own personal knowledge of this case, as well as information relayed to me by other law enforcement authorities and sources of information. The facts relayed in this affidavit do not reflect the totality of information known to me or other agents, merely the amount needed to establish the probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a warrant should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the application for a criminal complaint.

8. This affidavit is made in support of a criminal complaint and arrest warrant for Cordarius SANDERS (hereinafter, SANDERS) for a violation of Title 18, United States Code, Section 922(g)(1) (possession of firearm by a convicted felon).

---

## PROBABLE CAUSE

*Arrest of SANDERS and Recovery of Firearm on December 11, 2025*

9. On December 11, 2025, Special Agents (SAs) and Task Force Officers (TFOs) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Atlanta III Field Office, along with the City of Atlanta Police Department (APD), participated in Operation "Deep Freeze," a Project Safe Neighborhoods initiative to combat violent crime and target violent repeat offenders and the criminal use of firearms in the City of Atlanta, Georgia, within the Northern District of Georgia. Locations targeted during the detail are predetermined by APD based on crime gun intelligence. During the detail, APD designated several Officers and Investigators to serve in an undercover (UC) capacity.

10. At approximately 3:37 pm, APD Investigators Fife and Starks observed an individual known to them across the street from 369 McDaniel Street hanging out in front of a business. The individual they observed was Cordarius SANDERS. Your affiant and ATF TFO Brian Ernest assisted with surveillance of SANDERS. Over the radio, APD Investigators advised me and other law enforcement participating in the operation that SANDERS currently had an active arrest warrant: specifically, SANDERS was wanted for failure to appear on a gang participation charge issued by the Fulton County Sheriff's Office on or about September 24, 2025. Participating law enforcement were also provided with a screenshot of the flagged arrest warrant for SANDERS.

11. APD Investigator Fife took a photograph of SANDERS informed me and other law enforcement participating in the operation familiar about SANDERS' current clothing. SANDERS was wearing a black winter coat, a gray winter cap, brown pants, and gray shoes. In the photograph, SANDERS was standing in front of a yellow Mercedes parked next to the business across from 369 McDaniel Street. This business was next door to the Texaco gas station located at 294 Northside Drive NW. The photograph of SANDERS taken by Investigator Fife can be seen below.



12.     I positioned my vehicle in the parking lot of the Texaco to help keep eyes on SANDERS' whereabouts. Shortly before 4:00 pm, I observed SANDERS walk down from the parked Mercedes into the parking lot of the Texaco and go inside the Texaco. I communicated this information over the radio to the marked APD and Fulton County arrest teams who moved in and apprehended SANDERS inside of the store (Texaco).

13.     SANDERS was searched immediately after being taken into custody inside of the store. A plastic bag of suspected marijuana was recovered in one of his pockets and a firearm was recovered from his waistband. A screenshot from the body worn camera video of APD Officer S. Kent seen below shows the recovery of the firearm from SANDERS' waistband.



14.     The firearm was identified as a Glock, Model 41GEN4, .45 caliber pistol bearing serial number BZDC462. The firearm was loaded with ammunition and had a 13-round capacity magazine. A photograph I took of the firearm and the magazine on December 11, 2025, can be seen below.



15.     SANDERS was transported back to a nearby APD precinct for processing. APD charged SANDERS with state criminal violations: specifically, possession of a firearm by a convicted felon (O.C.G.A. 16-11-131), possession of Marijuana with the intent to distribute (O.C.G.A. 16-13-30), and possession of a firearm during the commission of a felony (O.C.G.A. 16-11-106). SANDERS was transported to the Fulton County Jail.

## SANDERS' PRIOR FELONY CONVICTIONS

16.  My review of criminal history records, Department of Community Supervision (DCS) records, and certified court records for SANDERS found four (4) prior felony convictions, with the specific felonies and sentences described below:

- June 11, 2016 – **16SC144425** (Fulton County) – Theft by Receiving Stolen Property, Obstruction of Police, Possession of a pistol by a person under 18 YOA, traffic violations – First Offender Probation following an Alford Plea;

- October 9, 2019 - **19SC167227** (Fulton County) – Theft by Receiving Stolen Property – Negotiated Guilty Plea – 1 year to serve 2 months commuted to time served and remaining 10 months on probation;

- June 21, 2023 - **22SC184676** (Fulton County) – Participation in Criminal Street Gang Activity – Negotiated Guilty Plea – 10 years to serve 4 months with the remaining balance to be served on probation; and

- October 4, 2024 - **24SC001059** (Fulton County) – Aggravated Assault (3 Counts), Possession of a Firearm During the Commission of a Felony, and Possession of a Firearm by a Convicted Felon – Negotiated Guilty Plea – 10 years on probation.

17.  SANDERS is currently on supervised probation out of the Atlanta DCS Office. Following his arrest by APD on December 11, 2025, a violation of probation warrant was issued, and SANDERS remains in custody at the Fulton County Jail pursuant to the probation revocation warrant.

18.  I reviewed a DCS Offender Firearms Acknowledgement Form signed by SANDERS on August 3, 2017. The form informed SANDERS that, due to his felony conviction, it was illegal for him to ship, possess, transport, or attempt to purchase a

8

firearm or ammunition. The form was also signed by his supervising Officer on the same date.

## NEXUS EXAMINATION OF THE FIREARM

19. On January 6, 2026, your Affiant, a trained firearms interstate nexus examiner, examined the recovered Glock, Model 41GEN4, .45 caliber pistol bearing serial number BZDC462, and determined it was a firearm as defined in 18 U.S.C. § 921(a)(3) and was manufactured in the Country of Austria and thus traveled in and affected interstate or foreign commerce.

## CONCLUSION

20. Based on the above affidavit, I believe there is probable cause to issue a criminal complaint and arrest warrant for Cordarius SANDERS for a violation of Title 18, United States Code, Section 922(g)(1) (possession of firearm by a convicted felon).