# United States District Court

NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | AGENT TO ARREST |
| Cordarius Sanders | Case Number: 1:26-mj-55 |

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Cordarius Sanders

and bring him or her forthwith to the before a United States Magistrate Judge without unnecessary delay to answer a **COMPLAINT** charging him or her with: Title 18, United States Code, Section 922(g)(1)

in violation of 18, United States Code, Section 922(g)(1).

| J. ELIZABETH MCBATH | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

*J. Elizabeth McBath* (signature)

Signature of Issuing Officer

January 20, 2026
Atlanta, Georgia
Date and Location

Bail Fixed at $_____  by_____
                                             Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

_____

Date Received:_____     _____
                                             Name and Title of Arresting Officer

Date of Arrest:_____    _____
                                             Signature of Arresting Officer